# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

ROBERT ARNOLD SHARPE, JR.,

    Petitioner,

VS.

Warden STANLEY WILLIAMS,

    Respondent.

NO. 7:13-CV-11 (HL)

**O R D E R**

On February 5, 2013, the Court dismissed a habeas corpus petition filed under 28 U.S.C. § 2254 by Petitioner **ROBERT ARNOLD SHARPE, JR.** (Doc. 6). The basis for dismissal was Petitioner's failure to exhaust his state court remedies, as he has pending a state habeas action. Petitioner subsequently filed a pleading that the Clerk's Office has docketed as a motion to reconsider (Doc. 8) and a motion for appointment of counsel (Doc. 9).

In his motion for reconsideration, Petitioner references 42 U.S.C. § 1983, 28 U.S.C. §§ 2201-2202 (the Declaratory Judgment Act), 28 U.S.C. § 2283 (the Anti-Injunction Act), and Rule 65 of the Federal Rules of Civil Procedure. Such authorities have no application in a habeas corpus action. The habeas petition is the exclusive vehicle through which Petitioner can challenge his conviction or sentence. *Preiser v. Rodriquez*, 411 U.S. 475, 489 (1973). Because Petitioner provides no valid no basis for this Court to revisit its dismissal of this action, his motion for reconsideration is **DENIED** and his motion for appointment of counsel is **DENIED AS MOOT**.

1

**SO ORDERED**, this 21st day of February, 2013.

                                              *s/ Hugh Lawson*
                                              HUGH LAWSON
                                              UNITED STATES DISTRICT JUDGE

cr